RICHARD S. CHILDS, Appellant, *v.* ROBERT MOSES et al., Respondents.

Submitted June 7, 1943; decided June 18; 1943.

Motion to amend remittitur granted. Return of remittitur requested, and when returned it will be amended by providing that the judgment is affirmed "without costs." (See 290 N. Y. 828.)

2018 SEVENTH AVE., INC., Respondent, *v.* NACH-HAUS LEASING CORPORATION, Appellant.

Submitted June 7, 1943; decided June 18, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 490.)